UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-20515-CR-HUCK

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JULIAN CAMILO HERNANDEZ-PARDO,**

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R
AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 41]**, which was entered on April 9, 2025. In the R&R, Magistrate Judge Louis found that the Defendant Julian Camilo Hernandez-Pardo freely and voluntarily entered a plea of guilty as to the Count 1 of the Indictment filed in this case, which charges Defendant with conspiracy to possess with intent to distribute a controlled substance while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70506(b).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count 1 of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count 1 of the indictment filed in this case; and (3) a sentencing hearing is set for **Wednesday, June 25, 2025 at 10:00 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on April 16, 2025.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record
United States Probation Office